The Honorable Ronald B. Leighton

10-CV-05060-ORD

FILED _____ LODGED
_____ RECEIVED

MAR 1 6 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT AND JONI FRANCIS, as Personal Representatives of the ESTATE OF VANNA K FRANCIS; and ROBERT AND JONI FRANCIS, husband and wife, the marital community thereof,<br><br>        Plaintiffs,<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA; DEPARTMENT OF INTERIOR; BUREAU OF INDIAN AFFAIRS; LOWER ELWHA KLALLAM INDIAN TRIBE; LOWER ELWHA KLALLAM INDIAN TRIBAL LAW ENFORCEMENT DEPARTMENT, COMMUNITY DEVELOPMENT DEPARTMENT and MAINTENANCE DEPARTMENT, agencies of the United States Government; and DOES 1-50,<br><br>        Defendants. | NO. 3:10-CV-05060-RBL<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS LOWER ELWHA KLALLAM INDIAN TRIBE; LOWER ELWHA KLALLAM INDIAN TRIBAL LAW ENFORCEMENT DEPARTMENT, COMMUNITY DEVELOPMENT DEPARTMENT and MAINTENANCE DEPARTMENT, agencies of the United States Government, PURSUANT TO RULE 41(a)(1)(A)(i) |

COME NOW Plaintiffs Robert and Joni Francis, as Personal Representatives of the

Estate of Vanna K. Francis, and Robert and Joni Francis, husband and wife, the marital

Plaintiffs' Notice of Voluntary Dismissal
of Tribal Defendants Pursuant to Rule
41(a)(1)(A)(i)
No. 3:10-CV-05060-RBL

Page 1

Martens + Associates | P.S.

705 Fifth Avenue South, Ste. 150
Seattle, Washington 98104-4436
206.709.2999 / Fax: 206.709.2722

1   community thereof, by and through their counsel of record, Richard L. Martens, Steven A. Stolle

2   and Rose K. McGillis of Martens + Associates | P.S., and pursuant to Fed. R. Civ. P.

3   41(a)(1)(A)(i), hereby dismiss all claims asserted against defendants Lower Elwha Klallam

4   Indian Tribe; Lower Elwha Klallam Indian Tribal Law Enforcement Department, Community

5   Development Department and Maintenance Department, Agencies of the United States

6   Government (collectively "tribal defendants"), without prejudice.  Fed. R. Civ. P. 41(a)(1)(A)(i)

7   allows a voluntary dismissal of claims without a court order before an opposing party serves

8   either an answer or a motion for summary judgment.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  The

9   tribal defendants have appeared in this matter but have not filed or served their answers to

10  plaintiffs' complaint, nor is a motion for summary judgment pending before the Court.  See Dkt.

11  No. 7 and the Court's docket entries.  Dismissal of the tribal defendants from this action will not

12  prejudice the remaining defendants.  Accordingly, plaintiffs hereby exercise their rights to

13  voluntarily dismiss their claims against the tribal defendants without prejudice.

14        DATED THIS 15th day of March, 2010.

15                                              Martens + Associates | P.S.

16

17                                              By: s/ Rose K. McGillis
                                                Richard L. Martens, WSBA # 4737
18                                              Steven A. Stolle, WSBA # 30807
                                                Rose K. McGillis, WSBA # 34469
19                                              Attorneys for Plaintiffs
                                                Robert and Joni Francis
20  IT IS SO ORDERED THIS 16th DAY OF March, 2010  705 Fifth Avenue South, Suite 150
                                                Seattle, Washington 98104
21                                              Telephone: (206) 709-2999
    UNITED STATES DISTRICT COURT JUDGE           Fax: (206) 709-2722
22                                              E-mail: rmartens@martenslegal.com
                                                E-mail: sstolle@martenslegal.com
23                                              E-mail: rmcgillis@martenslegal.com

24

Plaintiffs' Notice of Voluntary Dismissal
of Tribal Defendants Pursuant to Rule                       Martens + Associates | P.S.
41(a)(1)(A)(i)                      Page 2                 705 Fifth Avenue South, Ste. 150
No. 3:10-CV-05060-RBL                                      Seattle, Washington 98104-4436
                                                          206.709.2999 / Fax: 206.709.2722