1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hon. Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT AND JONI FRANCIS, as Personal
Representatives of the ESTATE OF VANNA K
FRANCIS; and ROBERT AND JONI
FRANCIS, husband and wife, the marital
community therof,

                  Plaintiffs,

        v.

THE UNITED STATES OF AMERICA;
DEPARTMENT OF INTERIOR; BUREAU OF
INDIAN AFFAIRS,

                  Defendants.

No. C10-cv-5060-RBL

**STIPULATED MOTION AND
ORDER TO  CONSOLIDATE**

(Please note on Motion Calendar for:
 April 19, 2010)

      Without waiver of any claim or defense any party may assert in this action, pursuant to

Fed. R. Civ. P. 42, Plaintiffs Robert and Joni Francis, in their capacity of personal

representatives to the estate of Vanna K. Francis and on behalf of their marital community

("Plaintiffs"), and Defendant, the United States of America (collectively, "the parties"), by and

through their undersigned counsel, hereby move the Court for an order consolidating this action

with a related case currently pending in this district also before the Honorable Ronald B.

Leighton: *Marla Tolliver, Individually and as Personal Representative of the Estate of Ronald*

*Scroggins v. The United States of America, Bureau of Indian Affairs, and the Department of*

*Interior*; WDWA Case No. 10-CV-5056-RBL ("*Tolliver*").[1]

---

[1] The United States is concurrently filing a notice in *Tolliver* to record in that matter this Stipulated Motion to
Consolidate.

1   Plaintiffs in *Tolliver*, Marla Tolliver and Larry Scroggins, through their undersigned

2   attorney, concur in the present Stipulated Motion to Consolidate.

3   The parties seek to consolidate these cases because they involve common questions of

4   law and fact and the consolidation of these cases will promote judicial efficiency and

5   conservation of resources, without prejudicing any party.

6   **I.  RELEVANT FACTS**

7   Plaintiffs in this matter and Plaintiffs in *Tolliver* allege that, on or about March 18, 2007,

8   Vanna K. Francis and Ronald Scroggins respectively were passengers in a motor vehicle that

9   went off the Lower Elwha Road and into the Elwha River resulting in their deaths.

10   Plaintiffs in this matter and Plaintiffs in *Tolliver* bring this matter against the United

11   States under the Federal Tort Claims Act ("FTCA"), and allege that the United States, through

12   its agencies, builds, maintains and/or services the Lower Elwha Road, its road signs and its

13   lighting, which did not adequately or properly warn of the hazardous conditions or the presence

14   of the Elwha River at the end of the Lower Elwha road.

15   **II.  STIPULATION**

16   Fed. R. Civ. P. 42 allows a district court to consolidate actions that "involve a common

17   question of law or fact."  Fed. R. Civ. P. 42(a).   The purpose of consolidation is to enhance

18   efficiency and to avoid the substantial danger of inconsistent adjudications.  *See Bristol-Myers*

19   *Squibb Co. v. Safety Nat'l Casualty Corp.*, 43 F.Supp.2d 734, 744 (E.D. Tex. 1999).  The Court

20   has "broad discretion under this rule to consolidate cases pending in the same district."  *See*

21   *Investors Research Company v. United States District Court for the Central District of*

22   *California*, 877 F.2d 777, 777 (9th Cir. 1989).  The decision to consolidate is premised on a

23   balancing test that weighs the saving of time and effort versus inconvenience, delay and expense.

24   *See Bristol-Myers*, 43 F.Supp.2d at 744.  However, typically, consolidation is favored.  *See*

25   *Johnson v. Celotex Corporation*, 899 F.2d 1281, 1284 (2nd Cir. 1990).

26   The threshold question when Fed. R. Civ. P. 42(a) is invoked is whether common

27   questions of law or fact exist that warrant consolidation of the actions.  *See Enterprise Bank v.*

28   *Saettele*, 21 F.3d 233, 235 (8th Cir. 1994); *Bank of Montreal v. Eagle Associates*, 117 F.R.D.

STIPULATED MOTION TO CONSOLIDATE  –  2
(C10-cv-5060-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1    530, 532 (S.D.N.Y. 1987).

2         This action involves questions of law and fact that are closely related to the issues raised

3    in *Tolliver*.  Specifically, the cases involve a common party: the United States.  *See Seguro de*

4    *Servicio de Salud v. McAuto Sys.*, 878 F.2d 5, 8 (1st Cir. 1989).  Both actions involve common

5    issues of fact: both arise from the same motor vehicle accident.  *See Cantrell v. GAF Corp.*, 999

6    F.2d 1007, 1010-11 (6th Cir. 1993).  Both actions involve common issues of law: both are

7    brought against the United States under the FTCA for the same type of alleged negligence.  This

8    Court has previously recognized as much, in *Tolliver*, stating, that *Tolliver* "is directly related to

9    C10-5060RBL *Francis v. USA*."  *See Tolliver* at Dkt. 7.

10        Additionally, Plaintiff Larry Scroggins in *Tolliver* is represented by the same counsel as

11   Plaintiffs in this matter.

12        Finally, the parties are unaware of any prejudice that will flow to Plaintiffs here or in

13   *Tolliver* from proceeding in a consolidated action.  No party has engaged in a Fed. R. Civ. P.

14   26(f) conference, exchanged initial disclosures, prepared a Joint Status Report, or engaged in any

15   type of discovery.  Thus, none of the lawsuits have progressed to the point where prejudice from

16   delay should be a concern.  *See, e.g., Switzenbaum v. Orbital Sciences Corp.*, 187 F.R.D. 246,

17   248 (E.D. Va. 1999).

18        Therefore, the parties, by and through their respective undersigned counsel, hereby

19   STIPULATE, AGREE, and JOINTLY REQUEST that the Court consolidate the two actions.

20   Plaintiffs in *Tolliver*, Marla Tolliver and Larry Scroggins, through their undersigned attorney,

21   concur in the present stipulation.

## III.  CONCLUSION

23        For the foregoing reasons, the parties' respectfully ask this Court to grant their Stipulated

24   Motion to Consolidate and order this action consolidated with *Marla Tolliver, Individually and*

25   *as Personal Representative of the Estate of Ronald Scroggins, v. The United States of America,*

26   *Bureau of Indian Affairs, and the Department of Interior*; WDWA Case No. 10-CV-5056-RBL,

27   under the first-filed case number.

28   //

STIPULATED MOTION TO CONSOLIDATE  –  3
(C10-cv-5060-RBL)

So stipulated and respectfully submitted this 19th day of April, 2010.


DATED: April 19, 2010.                    DATED: April 19, 2010.

MARTENS + ASSOCIATES PS                   JENNY A. DURKAN
                                          United States Attorney

/s/ Steven A. Stolle                      /s/ J. Michael Diaz
STEVEN A. STOLLE                          J. MICHAEL DIAZ, WSBA No. 38100
ROSE K. MCGILLIS                          PRISCILLA CHAN, WSBA No. 91005
RICHARD L. MARTENS                        Assistant United States Attorneys
705 5th Ave S, Suite 150                  U.S. Attorney's Office for the
Seattle , WA  98104                       Western District of Washington
Phone: (206)709-2999                      700 Stewart Street, Suite 5220
Fax: (206) 709-2722                       Seattle, Washington 98101
Email:  sstolle@martenslegal.com          Telephone: (206) 553-7970
                                          Fax: (206) 553-4067
Attorneys for Plaintiffs                  Email: Michael.Diaz@usdoj.gov

                                          Attorneys for the United States of America


Concurring herewith:

DATED: April 19, 2010.

/s/ Karen L. Unger
KAREN L. UNGER, P.S.
Attorney at Law
332 E. 5th, Suite 100
Port Angeles, WA 98362
Phone: (360) 452-7688
Fax: (360) 457-0581
Email: karenunger@juno.com

Attorney for Plaintiff Marla Tollivar in *Tolliver*

MARTENS + ASSOCIATES PS

/s/ Steven A. Stolle
STEVEN A. STOLLE
ROSE K. MCGILLIS
705 5th Ave S, Suite 150
Seattle , WA  98104
Phone: (206) 709-2999
Fax: (206) 709-2722
Email: sstolle@martenslegal.com

Attorneys for Plaintiff Larry Scroggins in *Tolliver*

STIPULATED MOTION TO CONSOLIDATE  –  4
(C10-cv-5060-RBL)

**ORDER**

The parties having so stipulated, it is so ORDERED.  The Clerk of this Court is hereby ORDERED to consolidate the present matter with *Marla Tolliver, Individually and as Personal Representative of the Estate of Ronald Scroggins, v. The United States of America, Bureau of Indian Affairs, and the Department of Interior*; WDWA Case No. 10-CV-5056-RBL, under the first-filed case number.

DATED this 21st day of April, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO CONSOLIDATE  –  5
(C10-cv-5060-RBL)